| | |
|---|---|
| Jeffrey D. Wexler, State Bar No. 132256<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>725 South Figueroa Street, Suite 2800<br>Los Angeles, CA 90017-5406<br>Telephone: 213.488.7129<br>Facsimile: 213.608.1946<br>E-mail: Jeffrey.wexler@pillsburylaw.com<br><br>Aaron L. Webb (admitted *pro hac vice*)<br>John W. O'Meara (admitted *pro hac vice*)<br>William S. Strickland (admittted *pro hac vice*)<br>OLIFF PLC<br>277 South Washington Street, Suite 500<br>Alexandria, Virginia 22314<br>Telephone:  703.836.6400<br>Facsimile:   703.836.2787<br>E-mail:   awebb@oliff.com<br>            jomeara@oliff.com<br>            wstrickland@oliff.com<br><br>*Attorneys for Plaintiff and Counterdefendant Radiall S.A.* | GIBSON, DUNN & CRUTCHER LLP<br>Jason C. Lo, State Bar No. 219030<br>Jennifer J. Rho, State Bar No. 254312<br>Jeffrey G. Lau, State Bar No. 281629<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br>Email: jlo@gibsondunn.com<br>Email: jrho@gibsondunn.com<br>Email: jglau@gibsondunn.com<br><br>*Attorneys for Defendant and Counterclaimant Glenair, Inc.* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JS-6

| | |
|---|---|
| RADIALL S.A., a French corporation,<br><br>  Plaintiff/Counterdefendant,<br><br>v.<br><br>GLENAIR, INC., a California corporation,<br><br>  Defendant/Counterclaimant.<br>_____ | Case No. 2:14-CV-00822-ODW(VBK)<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

1  This Court having received a stipulation executed by all parties, by and through their
2  counsel of record, for dismissal with prejudice of this action, and good cause appearing, IT
3  IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice, with
4  each party to bear its own fees, expenses, and costs.

5
6
7  Dated: August 31, 2015
8  _____
   The Honorable Otis D. Wright II
9  United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28